IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEVEN REID,                          )
               Plaintiff      )
                                      )
     vs.                              )      Civil Action No. 07-314
                                      )      Judge Nora Barry Fischer/
WAKEFIELD, Correctional Superintendent;) Magistrate Judge Amy Reynolds Hay
SCEKERES, Deputy Superintendent;      )
CHAMBERLAIN, Former Deputy            )
Superintendent; WIRICK, Captain;      )
SORROKO, Security Lieutenant;         )
KOLESAR, Lieutenant; BAKER,           )
Lieutenant; HOFFMAN, Sergeant;        )
ROBINSON, Sergeant; HINES, Sergeant;  )
HARR, Sergeant; BRASILLI, Sergeant;   )
PAYNE, Correctional Officer; SMITH,   )
Correctional Officer; LICTENFELT,     )
Correctional Officer; O'NEIL, Correctional )
Officer; ROSS, Correctional Officer;  )
WILLIAMS, Correctional Officer; MASIK, )
Correctional Officer; GUZZIE, Correctional )
Officer; SAYLOR, Correctional Officer., )
MARK J. FREIDHOF; RANDY KUHN;         )
KEVIN THOMAS; S. LANDER; R.J.         )
ROCHE; PATRICK RUEFLE; KEVIN          )
L. JOHNSON; JOSEPH MILLER;            )
MULROY; GEORGE EICHER; MARK           )
SHEFFLER; LATKANICH; GREGORY S.       )
KIME,                                 )
              Defendants    )    [66]

## ORDER

AND NOW, this 31st day of March, 2008, after the Plaintiff, Steven Reid, filed an action in the above-captioned case, and after Plaintiff filed a motion for

injunctive relief, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the partied until March 20, 2008 to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that that plaintiff's motion for a writ enjoining SCI-Houtzdale from interfering with his ability to pursue his case is denied.

NORA BARRY FISCHER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Steven Reid
FW-5868
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000

Mariah Passarelli
Deputy Attorney General
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219