IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN REID,<br>                Plaintiff<br><br>vs.<br><br>WAKEFIELD, Correctional Superintendent;<br>SCEKERES, Deputy Superintendent;<br>CHAMBERLAIN, Former Deputy<br>Superintendent; WIRICK, Captain;<br>SORROKO, Security Lieutenant;<br>KOLESAR, Lieutenant; BAKER,<br>Lieutenant; HOFFMAN, Sergeant;<br>ROBINSON, Sergeant; HINES, Sergeant;<br>HARR, Sergeant; BRASILLI, Sergeant;<br>PAYNE, Correctional Officer; SMITH,<br>Correctional Officer; LICTENFELT,<br>Correctional Officer; O'NEIL, Correctional<br>Officer; ROSS, Correctional Officer;<br>WILLIAMS, Correctional Officer; MASIK,<br>Correctional Officer; GUZZIE, Correctional<br>Officer; SAYLOR, Correctional Officer.,<br>MARK J. FREIDHOF; RANDY KUHN;<br>KEVIN THOMAS; S. LANDER; R.J.<br>ROCHE; PATRICK RUEFLE; KEVIN<br>L. JOHNSON; JOSEPH MILLER;<br>MULROY; GEORGE EICHER; MARK<br>SHEFFLER; LATKANICH; GREGORY S.<br>KIME,<br>                Defendants | Civil Action No. 07-314<br>Judge Nora Barry Fischer/<br>Magistrate Judge Amy Reynolds Hay |

## **ORDER**

AND NOW, this 22nd day of July, 2008, after the Plaintiff,

Steven Reid, filed an action in the above-captioned case, and after a Report and

Recommendation was filed by the United States Magistrate Judge giving the parties until July 18,

2008 to file written objections thereto, and no objections having been filed, and upon

independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the amended complaint [84] is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

/s/ Nora Barry Fischer
NORA BARRY FISCHER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Steven Reid
307 Neptune Place
Scranton, PA 18505

Mariah Passarelli
Deputy Attorney General
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219